UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KATHLEEN CARON CLAXTON BEY AND
KEVIN ANDRE GILGEOURS EL,

                Plaintiffs,

             -against-

**ORDER**
17-CV-6447 (LDH) (CLB)

CATHERINE ANN GURSKY, DHANELLE TASSY,
JOHN ARTHUR CASEY, DAISY ELFREDA
CRAWFORD-MEREIGH, AILEEN LANGSTON,
ALEXANDER GERALD RODRIGUEZ,
ELIZABETH SMITH, JANE HENRY, and
SHAJI NIRMALA,

                Defendants.

------------------------------------------------------------x
LASHANN DEARCY HALL, United States District Judge:

      On March 15, 2018, United States Magistrate Judge Lois Bloom issued a Report and Recommendation recommending that this Court dismiss the instant action with prejudice pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A) for Plaintiffs' failure to appear at the Court's March 15, 2018 conference and repeated failures to comply with the Court's orders. The parties were given until March 29, 2018, to file objections to the Report and Recommendation.

To date, no objections have been filed. The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Bloom's Report and Recommendation as the opinion of this Court. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

Dated: April 3, 2018
      Brooklyn, New York

SO ORDERED:

      s/ LDH
LASHANN DEARCY HALL
United States District Judge